Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
23679 Calabasas Road, Suite 403
Calabasas, California  91302
Telephone:  818.438.1332
Facsimile:  818.854.6899
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NOLASCO,<br><br>　　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting, Commissioner of Social Security,<br><br>　　　Defendant. | CASE NO.: CV15-9639-MRW<br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($3,200.00) subject to the terms of the stipulation.

DATED:  October 31, 2016

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE